**Order entered March 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00255-CV

**MARK PLUMMER AND TEXAS E & P FUNDING, INC., Appellants**

**V.**

**ENTERRA CAPITAL INVESTOR TRUST, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15847**

## ORDER

Before the Court is court reporter Tina Thompson's March 6, 2019 letter informing the Court no record was taken in the underlying cause. Accordingly, as the clerk's record has been filed, we **ORDER** appellants' brief be filed no later than April 8, 2019.

/s/     ERIN A. NOWELL
           JUSTICE